James E. Clonin and John Messenger, Composing the Firm of Clonin & Messenger, Respondents, v. Herman F. Lippe and Henry J. Lippe, Jr., Composing the Firm of Herman F. Lippe & Brother, and Others, Appellants.— Motion granted, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Consolidated Rubber Tire Company, Respondent, v. Firestone Tire and Rubber Company, Appellant.— Motion for leave to appeal to the Court of Appeals granted on the ground that a question of law has arisen which ought to be reviewed by that court, and the following question certified: Does the complaint state facts sufficient to constitute a cause of action ? Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Thomas A. Edison and Others, Respondents, v. New York Phonograph Company and Others, Appellants.— Motion to vacate order of January 26, 1910, denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Anthony Fisher, Respondent, v. Wakefield Park Realty Company, Appellant. — Motion to resettle order denied, without costs.— Motion for reargument denied, with ten dollars costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

General Underwriting Company of New York, Respondent, v. Van Mater Stilwell, Appellant, Impleaded with Laura J. L. Stilwell and Others, Defendants.— Motion to dismiss appeal granted, with costs, unless the appellant is ready for argument when cause is reached. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Robert Hebberd, Commissioner of Public Charities, etc., on Complaint of Hannah Spangenberg, Respondent, v. Samuel Schwartz, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant perfect his appeal, place the same upon the present calender of this court, and be ready for argument when reached. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Benjamin Booth Avery for Admission to the Bar.— Application granted. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application for the Removal from Office of William H. Brawley, Police Clerk, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of William P. Brown and Others for the Removal from Office of Charles E. Storms, etc.— As the evidence and the report of the referee thereon have been filed with the court, the case is set down for hearing on March 14, 1910. Present — Jenks, Burr, Thomas and Carr, JJ.

In the Matter of Benjamin F. Chadsey.— Petition dismissed. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Andrew J. Cook, etc.— Motion to dismiss appeal denied, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.